IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES LEIKEL,<br><br>        Plaintiff,<br><br>    v.<br><br>VILLAGE OF OAK LAWN, VILLAGE MANAGER LARRY DEETJEN, individually, and CHIEF GEORGE W. SHEETS, individually,<br><br>        Defendants. | No.   17 CV 1909 |

## STIPULATION TO DISMISS

Plaintiff JAMES LEIKEL, through his undersigned counsel, and by agreement of Defendant, voluntarily dismisses the above referenced matter in its entirety, and against Defendant VILLAGE OF OAK LAWN, with prejudice, pursuant to the settlement agreement reached and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear their own fees and costs.

Respectfully submitted,

/s/*Dana L. Kurtz*

| | |
|---|---|
| Dana L. Kurtz (ARDC #6256245) | Alejandro Caffarelli (ARDC #06239078) |
| KURTZ LAW OFFICES, LTD. | CAFFARELLI & ASSOCIATES LTD. |
| 32 Blaine Street | 224 N. Michigan Ave., Ste. 300 |
| Hinsdale, Illinois 60521 | Chicago, IL 60604 |
| Phone: 630.323.9444 | Phone: (312) 763-6880 |
| Facsimile: 630.604.9444 | |
| E-mail: dkurtz@kurtzlaw.us | |

Date: December 20, 2017

2

**CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the attached to the following via the Court's ECF system on December 20, 2017.

Dominick Lanzito       dlanzito@pjmchicago.com

/s/*Dana L. Kurtz*

Dana L. Kurtz